IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

SAMUEL M. NICKLES AND )
BARBARA J. NICKLES ON BEHALF OF )
DANIEL NICKLES (DECEASED), )
 )
    Plaintiffs, )
 )
v. ) Case No. 3:06cv0702
 ) Judge Thomas A. Wiseman, Jr.
LAW OFFICES OF DONALD D. ZUCCARELLO, )
 )
    Defendant. )

## ORDER OF FINAL JUDGMENT

    This civil action for legal malpractice is pending in this Court based on diversity jurisdiction. Presently pending is Defendant's Motion for Summary Judgment (Doc. No. 29), based on the arguments that (1) no legal act or omission of the Defendant was the legal cause of any damages allegedly suffered by the Plaintiffs and (2) Plaintiffs' cause of action is barred by the one-year statute of limitations. Plaintiffs have filed their response to the motion, with supporting memorandum. (Doc. Nos. 41, 42.)

    For the reasons explained more fully in the accompanying Memorandum Opinion, the Court finds that there are no material issues of disputed fact, and the Defendant is entitled to summary judgment in its favor on the basis that Plaintiffs have not produced any admissible evidence that would demonstrate that their deceased son could have proved his underlying employment discrimination and retaliation claims. Accordingly, the Motion for Summary Judgment (Doc. No. 29) is hereby **GRANTED** and this matter **DISMISSED**. Defendant's motion for an extension of time to file a reply brief (Doc. No. 48) is **DENIED** as moot.

    Judgment is hereby entered in favor of the defendant Law Offices of Donald D. Zuccarello.

    It is so **ORDERED**.

    This is a final, appealable judgment for purposes of Fed. R. Civ. P. 58.

_____
Thomas A. Wiseman, Jr.
Senior U.S. District Judge